IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 3:22-CR- 109 |
| v. | ) |
| | ) Count 1: 18 U.S.C. § 2252A(a)(2) |
| DERIC WALLACE PEACOCK, | ) (Distribution of Child Pornography) |
| | ) |
| Defendant. | ) Count 2: 18 U.S.C. § 2252A(a)(2) |
| | ) (Receipt of Child Pornography) |
| | ) |
| | ) Count 3: 18 U.S.C. § 2252A(a)(5)(B) |
| | ) (Possession of Child Pornography) |
| | ) |
| | ) 18 U.S.C. § 2253 |
| | ) (Forfeiture Allegation) |

July 2022 Term – at Richmond, Virginia

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Distribution of Child Pornography)

On or about April 12, 2022, in the Eastern District of Virginia, the defendant, DERIC WALLACE PEACOCK, knowingly distributed and attempted to distribute any child pornography, as defined in Title 18, United States Code, Section 2256(8), to wit, one or more digital files, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, and that had been shipped and transported using any means and facility of interstate and foreign commerce.

(In violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1)).

## COUNT TWO
(Receipt of Child Pornography)

On or about April 12, 2022, in the Eastern District of Virginia, the defendant, DERIC WALLACE PEACOCK, knowingly received and attempted to receive any child pornography, as defined in Title 18, United States Code, Section 2256(8), to wit, one or more digital files, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, and that had been shipped and transported using any means and facility of interstate and foreign commerce.

(In violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1)).

## COUNT THREE
(Possession of Child Pornography)

On or about April 13, 2022, in the Eastern District of Virginia, the defendant, DERIC WALLACE PEACOCK, knowingly possessed material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), to wit, one or more digital files contained on a BLU Tracfone, IMEI 355140116917159, that had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce, and had been shipped and transported in an affecting interstate and foreign commerce, and was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, including by computer.

(In violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2)).

## FORFEITURE ALLEGATION

Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, the defendant is hereby notified that upon conviction of any of the offenses alleged in Counts One through Three of this Indictment, the defendant shall forfeit to the United States his interest in any visual depiction produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Sections 2251 *et seq.,* and any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses, as well as, any property, real or personal, used or intended to be used to commit or promote the commission of such offenses or any property traceable to such property.

(In accordance with Title 18, United States Code, Section 2253).

A TRUE BILL:

FOREPERSON

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

JESSICA D. ABER
United States Attorney

By: _____
Carla Jordan-Detamore
Assistant United States Attorney