AO 442 (Rev. 11/11) Arrest Warrant

1145049

# UNITED STATES DISTRICT COURT

## for the

Eastern __ District of __ Virginia __

**\*\*UNDER SEAL\*\***

United States of America
v.

DERIC WALLACE PEACOCK
*Defendant*

)
)  Case No.    3:22CR109
)
)
)
)
)

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   DERICK WALLACE PEACOCK ,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:
SEE ATTACHED INDICTMENT

Date:    07/19/2022

_____
*Issuing officer's signature*

City and state:    Richmond, VA

J. Powell, Deputy Clerk
*Printed name and title*

| Return | | |
|---|---|---|
| This warrant was received on *(date)* 7/19/22 , and the person was arrested on *(date)* 7/28/22 | | |
| at *(city and state)* | | |

Date: 7/28/22

_____
*Arresting officer's signature*

Matthew Marcisco, Special Agent, FBI
*Printed name and title*

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:   DERIC WALLACE PEACOCK

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

_____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____   Weight: _____

Sex: _____   Race: _____

Hair: _____   Eyes: _____

Scars, tattoos, other distinguishing marks: _____

_____

_____

History of violence, weapons, drug use: _____

_____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

_____

FBI number: _____

Complete description of auto: _____

_____

Investigative agency and address: _____

_____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

_____

_____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

_____

_____