## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:22-CR-109 |
| v. ) | |
| ) | |
| DERIC WALLACE PEACOCK, ) | |
| ) | |
| *Defendant.* ) | |

### STATEMENT OF FACTS

The United States and the defendant, DERIC WALLACE PEACOCK, agree that at trial, the United States would have proven the following facts beyond a reasonable doubt with admissible and credible evidence:

1. On or about April 12, 2022, in the Eastern District of Virginia, the defendant, DERIC WALLACE PEACOCK ("PEACOCK"), knowingly distributed and attempted to distribute any child pornography, as defined in Title 18, United States Code, Section 2256(8), to wit: one or more digital files, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, and that had been shipped and transported using any means and facility of interstate and foreign commerce.

2. From approximately April 12, 2022, to April 13, 2022, PEACOCK used a Wickr account, "vapastor," to receive and distribute child pornography via the internet.

3. PEACOCK used this Wickr account to communicate with several individuals and exchange images, videos, and .gifs depicting the sexual abuse of children.

4. On April 12, 2022, PEACOCK used his "vapastor" Wickr account to transmit a video to another individual. The video was titled "IMG-2388.mp4." The video is approximately 46 seconds long and depicts a female child, approximately 7-8 years old, straddling an adult male

1

who is laying flat. The child appears to be touching and manipulating the male's penis while he is masturbating.

5. On April 12, 2022, PEACOCK used his "vapastor" Wickr account to transmit a video to another individual. The video was titled "13Ymuff.diving.12sec.mp4." The video is approximately 12 seconds long and depicts a female child, approximately 10-16 years old, being held against a wall while another female performs oral sex on the female child.

6. PEACOCK has two prior convictions under Virginia Code 18.2-374.3(C) for procuring sex act by computer of an individual he believed to be under 15 years of age.

7. This statement of facts includes those facts necessary to support the plea agreement between the defendant and the United States. It does not include each and every fact known to the defendant or to the United States, and it is not intended to be a full enumeration of all of the facts surrounding the defendant's case.

8. The actions of the defendant, as recounted above, were in all respects knowing and deliberate, and were not committed by mistake, accident, or other innocent reason.

Respectfully submitted,

Jessica D. Aber
United States Attorney

Date: September 20, 2022   By: _____
Carla Jordan-Detamore
Assistant United States Attorney

2

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, DERIC WALLACE PEACOCK, and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
DERIC WALLACE PEACOCK

I am Carolyn V. Grady, defendant's attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
Carolyn V. Grady
Attorney for DERIC WALLACE PEACOCK